FILED
June 5, 2023
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

## SPECIAL ORDER NO. 3-348

The clerk is directed to randomly reassign to active Dallas division judges all pending Dallas division cases assigned to Senior Judge Sam R. Cummings. If a closed Dallas division case assigned to Judge Cummings is later reopened, the clerk is to randomly assign that case to an active Dallas division judge.

**SO ORDERED.**

June 2, 2023

_____
DAVID C. GODBEY
CHIEF JUDGE

| Case Number | Style |
|---|---|
| 3:20-cv-03676-C | Securities and Exchange Commission v. TH Wealth Management LLC et al |
| 3:20-cv-03702-C | Harris v. Director, TDCJ-CID |
| 3:21-cv-01112-C | Jernigan et al v. CLO Holdco Ltd et al |
| 3:21-cv-01847-C | Marquez v. Eldorado CW Investments Ltd et al |
| 3:21-cv-01954-C | Rodden v. D & G Trucking Company Inc et al |
| 3:21-cv-02131-C | Bernstein v. Maximus Federal Services Inc |
| 3:21-cv-02257-C-BT | Lett v. LaSalle Southwest Corrections et al |
| 3:21-cv-02442-C | Morales v. SFM, LLC |
| 3:21-cv-02618-C | International Leadership of Texas Inc v. City of Dallas et al |
| 3:21-cv-03243-C-BK | Cuevas v. Novoa et al |
| 3:22-cv-00292-C | Gardner v. Hyundai Motor America |
| 3:22-cv-00548-C | Block v. The Guardian Life Insurance Company of America |
| 3:22-cv-00706-C | Hopkins v. Department of Defense |
| 3:22-cv-00925-C | Orbital Energy Group Inc v. Martin |
| 3:22-cv-01014-C | Riser v. Montenegro |
| 3:22-cv-01037-C | Jean-Louis v. AmeriFinancial Solutions LLC |
| 3:22-cv-01131-C | Floyd v. Stryker Corporation |
| 3:22-cv-01182-C | Verastique et al v. City of Dallas et al |
| 3:22-cv-01262-C | Miller v. Wal- Mart Stores Texas LLC |
| 3:22-cv-01391-C-BN | Jackson v. Strong |
| 3:22-cv-01403-C | Hernandez v. Walmart Stores Texas, LLC |
| 3:22-cv-01458-C | Wilde v. Persolve Legal Group, LLP |
| 3:22-cv-01505-C | Tharpe v. Trans Union LLC et al |
| 3:22-cv-01577-C | Smith v. Equifax Information Services LLC et al |
| 3:22- cv-01600- C-BN | Mathews v. Director, TDCJ-CID |
| 3:22-cv-01612-C | Wallace v. Fiesta Mart LLC |
| 3:22-cv-01664-C *SEALED* | United States of America et al v. Koninklijke Philips NV et al |
| 3:22-cv-01717-C | Saechao et al v. Elevated Hospitality Services LLC et al |
| 3:22-cv-01720-C | Berwick et al v. International Health Sharing Inc et al |
| 3:22-cv-01802-C-BH | Cervantes v. Dallas County CIU Unit et al<br>Dallas County CIU Unit |
| 3:22-cv-01807-C | Equal Employment Opportunity Commission v. SkyWest Airlines Inc |
| 3:22-cv-01840-C | Walters v. Exel Inc |
| 3:22-cv-01861-C | Brewer v. Mbroh Engineering Inc<br>et al |
| 3:22-cv-01899-C | Block v. United States of America |
| 3:22-cv-02004-C *SEALED* | United States of America et al v. Health First Commercial Plans Inc et al |
| 3:22-cv-02018-C | Zurich American Insurance Company v. Great West Casualty Company |
| 3:22-cv-02027-C-BN | Irving v. Equifax |
| 3:22-cv-02150-C-BT | Summerville v. Collier |
| 3:22-cv-02174-C-BT | Haywood et al v. Texas Realator et al |
| 3:22-cv-02180-C | The Bank of New York Mellon Trust Company NA v. Fuentes Ramos et al |
| 3:22-cv-02387-C | Layne v. Experian Information Solutions Inc et al |
| 3:22-cv-02471-C | Martinez, Jr v. Peterson et al |
| 3:22-cv-02536-C | Atain Specialty Insurance Company v. Health Transport Inc et al |
| 3:22-cv-02570-C-BT | Sanford v. Experian Information Solutions Inc et al |
| 3:22-cv-02585-C-BK | Grey v. Commissioner of Social Security |
| 3:22-cv-02600-C | Venzant v. Bigelow Arizona TX-282 LP et al |
| 3:22-cv-02720-C | Peel v. Kroger Texas LP |
| 3:22-cv-02733-C | G&G Closed Circuit Events, LLC v. Cabritos Los Cavazos Restaurant & Cantina LLC et al |

| Case Number | Style |
| --- | --- |
| 3:22-cv-02764-C | Emley v. National Credit Systems Inc |
| 3:22-cv-02777-C | Dominguez v. Cattlemens Bank |
| 3:22-cv-02780-C | Bobby Goldstein Productions Inc v. The E.W. Scripps Company et al |
| 3:22-cv-02810-C | Crider v. Whatley |
| 3:22- cv-02817-C | Guerra v. Wal- Mart Stores Texas LLC |
| 3:22-cv-02821-C | Aguilar v. Dollar Tree Stores Inc |
| 3:22-cv-02846-C | Texas Construction Aggregates, LLC et al v. Komatsu America Corp. |
| 3:22-cv-02888- C-BT | Thornton v. Pittman et al |
| 3:22- cv-02914- C-BN | Horton v. Resort Vacations Inc |
| 3:23-cv-00021-C *SEALED* | United States of America et al v. Microgen Diagnostics LLC et al |
| 3:23-cv-00049-C | Cooper et al v. National Union Fire Insurance Company of Pittsburgh, PA et al |
| 3:23-cv-00093-C | McMahan v. Home Depot USA Inc et al |
| 3:23-cv-00113-C | Baltrell et al v. Geico Insurance Agency LLC et al |
| 3:23-cv-00143-C | Gogu v. Coastal Transport Moving and Storage LLC  et al |
| 3:23-cv-00239-C | Cole v. Rally Brands LLC |
| 3:23-cv-00249-C | Monsour et al v. Garland et al |
| 3:23-cv-00261-C | Davis v. Dart Transit Company |
| 3:23-cv-00313-C | G Thomas Air LLC v. Pratt & Whitney Engine Services Inc |
| 3:23-cv-00344-C | Tudor v. US Department of Homeland Security et al |
| 3:23-cv-00408-C | McNay v. Asbury Management Services LLC |
| 3:23-cv-00409-C | Air Care Technologies LLC v. SAIA Motor Freight Line LLC |
| 3:23-cv-00441- C-BN | Askew Hunt v. Meridian Security Insurance Company State Auto Insurance Companies |
| 3:23- cv-00500- C-BN | Baze v. The Criminal District Court No 1 et al |
| 3:23-cv-00503-C | Gaedeke Holdings VII Ltd et al v. Great American Insurance Company |
| 3:23-cv-00531-C | Minjarez v. FrankCrum 6 Inc |
| 3:23-cv-00535-C | Edirisinghe v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00568-C | Cunningham v. State Farm Lloyds |
| 3:23-cv-00569-C | Watkins v. Root Insurance Company |
| 3:23-cv-00597-C | State Farm Life Insurance Company v. Wisocki et al |
| 3:23-cv-00727-C | FS2 Industries Incorporated et al v. Franklin, Jr. et al |
| 3:23-cv-00733-C | GS Holistic LLC v. Dabous Corp Inc et al |
| 3:23-cv-00734-C | GS Holistic LLC v. IBM Smokz LLC et al |
| 3:23-cv-00747-C | Goodwin v. Sedgwick Claim Management Services Inc et al |
| 3:23-cv-00750-C | Hill v. Dillard's Inc |
| 3:23-cv-00751- C-BH | Morris v. Jakes |
| 3:23-cv-00759-C | Davis v. Pioneer Natural Resources Co |
| 3:23-cv-00796-C | Martinez v. Online Information Services |
| 3:23-cv-00805-C | GS Holistic LLC v. Nay Smart Investments Inc et al |
| 3:23-cv-00820-C | Colony Insurance Company v. Texas Star Truck Sales 1 et al |
| 3:23-cv-00842- C-BT | Vega v. Mayorkas et al |
| 3:23-cv-00906-C | US Bank National Association v. Brackens et al |
| 3:23-cv-00947-C | Cunningham v. Turner et al |
| 3:23-cv-00981- C-BN | Tyler v. PHH Mortgage Service et al |
| 3:23-cv-01076- C-BN | Fenimore v. Hill et al |
| 3:23-cv-01108-C | Taylor v. Genpact, LLC |
| 3:23-cv-01115-C | Malone v. State Farm Lloyds |
| 3:23-cv-01125- C-BT | Asuelime v. Dallas Police Department |
| 3:23-cv-01153-C | Jones v. Allstate Texas Lloyds |
| 3:23-cv-01158-C | Nelson v. United States of America |
| 3:23-cv-01169- C-BN | Stillwell- Williams v. Harvey Architectual Design & Installation LLC |