UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| HIGHLAND CAPITAL | § | |
| MANAGEMENT, L.P., | § | |
| | § | |
| Debtor, | § | |
| ---------------------------------------- | § | |
| OFFICIAL COMMITTEE OF | § | |
| UNSECURED CREDITORS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-1112-B |
| | § | |
| CLO HOLDCO, LTD. et al., | § | |
| | § | |
| Defendants. | § | |

## STATUS REPORT ORDER

This case was reassigned to this Court on June 5, 2023, by Special Order (Doc. 4). According to the docket, a Motion to Withdraw the Reference was filed on May 18, 2021. *See* Doc. 1, Notice of Transmittal. No other actions have been taken in this case. The Court therefore **ORDERS** the parties to file a joint status report **by Tuesday, June 13, 2023**, with an update as to the current status of the motion and any other outstanding matters that require the Court's attention.

SO ORDERED.

SIGNED: June 6, 2023.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE